IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BALBOA CAPITAL CORPORATION, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-898-M |
| OKOJI HOME VISITS MHT, LLC et al., | § § | |
| Defendants. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on May 15, 2025. *See* Dkt. No. 842. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 4th day of June, 2025.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE